The Honorable Robert J. Bryan

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff<br><br>v.<br><br>JEREMY MICHAEL McARDLE,<br><br>Defendant. | NO. CR13-5359RJB<br><br>ORDER GRANTING UNITED STATES' APPLICATION FOR A PROTECTIVE ORDER TO MAINTAIN CUSTODY OF PROPERTY |

This matter comes before the Court upon motion of the United States for a protective order pursuant to 21 U.S.C. § 853(e)(1)(A) and 18 U.S.C. § 983(a)(3)(C) to maintain custody of certain property named for forfeiture in the Indictment (filed in this case on May 23, 2013) and the First Bill of Particulars (filed on June 20, 2013). Having reviewed the United States' motion, the Court finds:

The property to which this Order refers is listed as follows (hereinafter collectively referred to as the "Subject Properties"):

  a. One (1) Hewlett Packard Pavilion Laptop, with accessories, bearing Serial Number CNF0505WJG; and

  b. One (1) Hewlett Packard Pavilion Laptop, with accessories, bearing Serial Number CND6230Q8W.

Order Granting Post-Indictment Protective Order to Maintain Custody of Property - 1
*U.S. v. JEREMY MICHAEL McARDLE (CR13-5359 RJB)*

UNITED STATES ATTORNEY
1201 PACIFIC AVENUE, SUITE 700
TACOMA, WASHINGTON 98402
(253) 428-3800

1    The Subject Properties were named as and subject to forfeiture pursuant to 18 U.S.C. 2253 in the Indictment and the First Bill of Particulars for violations of 18 U.S.C. §§ 2251(a) and (e), 18 U.S.C. § 2252(a)(2), (a)(4)(B), (b)(1) and (b)(2).  The property is currently in the custody of Customs and Border Patrol's Homeland Security Investigations (HSI).

The Court has reviewed the United States' application for a protective order and the supporting affidavit of HSI Special Agent Timothy Ensley, which establishes probable cause that the Subject Properties are subject to forfeiture in this criminal proceeding.  Accordingly, the Court finds that the United States is entitled to a protective order pursuant to 21 U.S.C. § 853(e)(1)(A).  It is, therefore,

**ORDERED AND ADJUDGED:**

1. The United States' motion for a protective order is GRANTED.

2. The Subject Properties identified above shall remain in the custody of HSI, pending conclusion of the criminal forfeiture proceedings and further order of this Court.

3. The Clerk is ordered to send copies of this Order to counsel for all parties of record.

DATED this 8th day of July, 2013.

_____
ROBERT J. BRYAN
United States District Judge

Presented by:

/s/J. Tate London
J. TATE LONDON
Assistant United States Attorney
700 Stewart Street, Suite 5220
Seattle, Washington  98101
Phone: (206) 553-2242
Fax:    (206) 553-6934
Tate.London@usdoj.gov

Order Granting Post-Indictment Protective Order to Maintain Custody of Property - 2
U.S. v. JEREMY MICHAEL McARDLE (CR13-5359 RJB)

UNITED STATES ATTORNEY
1201 PACIFIC AVENUE, SUITE 700
TACOMA, WASHINGTON 98402
(253) 428-3800